ORIGINAL

**FILED**

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 24-0001

ANGELA MARIE KRESS,

    Plaintiff,

v.

JOHN FREDERICK MORIGEAU, JR.,

    Defendant

O R D E R

Angela Marie Kress, representing herself, has requested to disqualify the Honorable Dan Wilson from presiding in Cause No. DR-18-206(D) in the Eleventh Judicial District Court, Flathead County, pursuant to § 3-1-805, MCA.

The basis for the affidavit appears to be Kress's disagreement with the District Court's rulings in this matter. However, § 3-1-805(1)(b), MCA, provides that an affidavit cannot be based solely on rulings in the case which can be addressed on appeal.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Wilson is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Flathead County for notification to all parties in Cause No. DR-18-206(D), and to the Honorable Dan Wilson.

DATED this 8 day of July, 2024.

For the Court,

By _____
           Chief Justice

**FILED**

JUL 0 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana